UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DELTA SUBSEA LLC** | § | No. 2:16-cv-13385 |
| | § | |
| V. | § | SECTION "J" |
| | § | |
| **M/V SIEM SPEARFISH, her engines,** | § | JUDGE CARL J. BARBIER |
| **tackle, apparel, etc.,** *in rem*, **and SIEM** | § | |
| **OFFSHORE LLC** *in personam* | § | MAGISTRATE JUDGE |
| | § | JOSEPH C. WILKINSON, JR. |

## VERIFIED AMENDED COMPLAINT

Plaintiff, Delta SubSea LLC ("Delta SubSea"), a Texas limited liability company, brings this Verified Complaint against the M/V SIEM SPEARFISH, her engines, tackle, apparel, etc., *in rem*, and against Siem Offshore, LLC ("Siem Offshore"), *in personam* and avers as follows:

1.

This Court has jurisdiction pursuant to 28 U.S.C. §1333, 28 U.S.C. §1331, and 46 U.S.C. §10313. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules of Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure.

2.

The defendants are:

(a) M/V SIEM SPEARFISH (IMO No. 9676280), her engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* a foreign flagged vessel, which is and will be afloat upon the navigable waters of the United States and within the jurisdiction of this Court; and,

(b) Siem Offshore is a foreign limited liability company and, upon information and belief, is the operator, manager, owner *pro hac vice*, or other entity authorized to procure services or other necessaries for the M/V SIEM SPEARFISH within the meaning of 46 U.S.C. § 31341.

3.

In May, June, and July 2016, Delta SubSea provided ROV support services on board the M/V SIEM SPEARFISH.

4.

Delta SubSea provided the services pursuant a May 13, 2016 letter agreement between representatives of Siem Offshore and Delta SubSea and a Master Service Agreement executed on or around May 16, 2016 by representatives of Siem Offshore and Delta SubSea.

5.

Delta SubSea provided services to and for the benefit of the M/V SIEM SPEARFISH at the request of Siem Offshore.

6.

Delta SubSea provided the above-described services to the M/V SIEM SPEARFISH and Siem Offshore in a good and workmanlike manner.

7.

Delta Subsea provided Siem Offshore with invoice number SIEM-16-01 on May 31, 2016 detailing a portion of the services performed in May and the associated costs, which totaled $481,858.00.[1]

8.

Siem Offshore did not pay any portion of invoice number SIEM 16-01 within 30 days of receipt of the invoice.

---

[1] *See* Exhibit "A."

9.

On or around July 13, 2016, Siem Offshore paid Delta Subsea a portion ($372,348.00) of the amount due ($481,858.00), leaving $109,510 due on invoice number SIEM 16-01. Delta Subsea then evaluated its invoice and found a credit due to Siem Offshore of $10,500, leaving $99,010 due on invoice number SIEM 16-01.

10.

On or around July 13, 2016, Delta Subsea advised Siem Offshore that it had received its partial payment and demanded the remaining $99,010 due on invoice number SIEM 16-01. However, to date Siem Offshore has failed to pay the amount due.

11.

Delta SubSea's invoices to Siem Offshore expressly stated that interest will be charged at 1.5% per month on all past due amounts. Due to Siem Offshore's failure to make payment, the current interest incurred for Siem Offshore's failure to make payments is $3,850.70.[2]

12.

Delta Subsea provided Siem Offshore with invoice number SIEM-16-02 on June 30, 2016 detailing the services performed in June and the associated costs, which totaled $791,700.[3]

13.

Siem Offshore has not paid any portion of invoice number SIEM 16-02.

---

[2] Exhibit "A."
[3] *See* Exhibit "A."

14.

Delta Subsea provided Siem Offshore with invoice number SIEM-16-03 on July 27, 2016 detailing the services performed in July and the associated costs, which totaled $649,474.[4]

15.

Siem Offshore has not paid any portion of invoice number SIEM 16-03.

16.

The Master Service Agreement between Delta SubSea and Siem Offshore requires Siem Offshore to pay all reasonable attorney and/or collection fees incurred by Delta SubSea in collecting any past due amounts.

17.

The provision of the above-described work and services by Delta SubSea gives rise to a maritime lien against the M/V SIEM SPEARFISH in the principal amount of $1,540,184.00, pursuant to general maritime law, and Federal Maritime Lien Act, 46 U.S.C. §§ 31341-31343.

18.

Pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, Delta SubSea is entitled to recognition of its maritime lien and the issuance of a warrant of arrest authorizing the seizure and sale of the M/V SIEM SPEARFISH and that all claims of Delta SubSea be paid in preference and priority over all other claimants.

---

[4] *See* Exhibit "A."

19.

Because Delta SubSea provided necessaries to the vessel in May, June, and July, 2016, for which Delta SubSea has not been compensated, Delta SubSea is entitled to judgment against M/V SIEM SPEARFISH in the principal amount of $1,540,184.00.

20.

Siem Offshore, *in personam*, is a Delaware limited liability company with its principal place of business at 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Siem Offshore is subject to the jurisdiction of this Court by virtue of its breach of a maritime contract performed in this jurisdiction.

21.

In addition to its claim against the M/V SIEM SPEARFISH, Delta Subsea is further entitled to judgment against Siem Offshore, *in personam*, in the principal amount of $99,010.

22.

All and singular, the premises and allegations in this Verified Complaint are true and correct and within the admiralty and maritime jurisdiction of the United States and this Court.

**WHEREFORE**, Delta SubSea prays:

1. That process in due form of law according to the rules and practices of this Court, in causes of admiralty and maritime jurisdiction, may issue against the M/V SIEM SPEARFISH, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* and that all persons having or claiming an interest therein may be cited to appear and answer, the matters aforesaid;

2. That this Court enter a judgment in Delta SubSea's favor in the principal amount of $1,540,184.00, together with additional interest, and costs, and that the M/V SIEM SPEARFISH, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* be

condemned and sold to satisfy said judgment in preference and priority to all other claimants;

3. That this Court enter a judgment in Delta SubSea's favor in the principal amount of $99,010, together with attorney's fees, additional interest, and costs against Siem Offshore, LLC;

4. That Siem Offshore, LLC be cited to answer and appear, and that after due proceedings are had, Delta SubSea may have judgment against Siem Offshore, LLC for the amount of any deficiency, plus any other sums, attorney's fees, interest, and costs; and,

5. For all other general and equitable relief as this Court deems just and proper.

                      Respectfully submitted,

                      */s/ Jeffrey T. Pastorek*
                      Robert E. Couhig, III (Bar No. 29811)
                      Jeffrey T. Pastorek (Bar No. 33309)
                      Couhig Partners, LLC
                      1100 Poydras Street, Suite 3250
                      New Orleans, Louisiana 70163
                      Phone: (504) 588-1288
                      Facsimile: (504) 588-9750
                      *Attorneys for Delta SubSea LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record pursuant to the Federal Rules of Civil procedure via electronic filing on this the 29th day of July, 2016.

                      */s/ Jeffrey T. Pastorek*
                      Jeffrey T. Pastorek